IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NOVASTAR MORTGAGE, INC., | : | |
| Plaintiff, | : | Case No. 3:07CV100 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| ANGELA WATSON, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations (Doc. #15) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Reports and Recommendations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on May 30, 2007 (Doc. #15) is ADOPTED in full;

2. Plaintiff's Motion to Dismiss (Doc. #12) is GRANTED; and

3. Defendant Unknown Spouse, if any of Angela Watson, 4081 Redonda Lane, Dayton, Ohio 45416 is DISMISSED as a party to this case.

June 22, 2007                                             **s/THOMAS M. ROSE**

                                                                    Thomas M. Rose
                                                                    United States District Judge